IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
September 25, 2014
Lyle W. Cayce
Clerk

No. 12-30714

D.C. Docket No. 6:11-CV-557
D.C. Docket No. 6:11-CV-1544
D.C. Docket No. 6:11-CV-1686

HALEIGH JANEE MCBRIDE, individually & on behalf of I M S,

       Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.,

       Defendant - Appellee

_____

BRIAN J. SUIRE,

       Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.

       Defendant - Appellee

_____

SAUL C. TROUCHET,

       Plaintiff - Appellant

v.

ESTIS WELL SERVICE, L.L.C.

       Defendant - Appellee

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette

Before STEWART, Chief Judge, and JOLLY, DAVIS, JONES, SMITH, BARKSDALE\*, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, and HIGGINSON, Circuit Judges.\*\*

JUDGMENT ON REHEARING EN BANC

This cause was considered on rehearing en banc with oral argument.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

EDITH BROWN CLEMENT, Circuit Judge, concurring, joined by JOLLY, JONES, SMITH, and OWEN, Circuit Judges.

HAYNES, Circuit Judge, joined by ELROD, Circuit Judge, concurring.

HIGGINSON, Circuit Judge, dissenting, joined by STEWART, Chief Judge, BARKSDALE, DENNIS, PRADO, and GRAVES, Circuit Judges.

JAMES E. GRAVES, JR., Circuit Judge, dissenting, joined by DENNIS, Circuit Judge.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By: _____**
**Deputy**

**New Orleans, Louisiana**

---

\* Judge BARKSDALE was a member of the original panel and sat with the full Court for rehearing en banc.
\*\* Circuit Judge COSTA was not a member of the Court when this case was submitted for rehearing en banc and did not participate in this decision.